**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

We **DENY** appellant's October 21, 2014 motion for reconsideration of our order denying appellant's petition for judicial notice. Because appellant fails to show what portion of the reporter's record is missing or inaccurate and fails to show he and the State cannot agree on whether or how to correct the record so that it accurately discloses what occurred in the trial court, we also **DENY** appellant's October 24, 2014 motion for hearing. *See* TEX. R. APP. P. 34.6(e),(f).

/s/ ADA BROWN
   JUSTICE